UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARLON NERY HERNANDEZ,                       :
:
                Plaintiff,            :
:    25-CV-8348 (VSB)
       -against-                           :
:    **ORDER**
CJ TROPICAL CORP., *et al.*,                 :
:
                Defendants.           :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 8, 2025, (Doc. 1), and filed affidavits of service indicating service of the Summons and Complaint on Defendants Diogenes J. Mendez, Carlos Founder, Rafiely Hernandez, and Jiuber Mendez (collectively, the "Individual Defendants") on October 17, 2025, (Docs. 13–16), and filed an affidavit of service indicating service of the Summons and Complaint on Defendant CJ Tropical Corp. ("CJ Tropical," and collectively with the Individual Defendants, the "Defendants") on October 27, 2025, (Doc. 19). The deadline for the Individual Defendants to respond to the Complaint was November 5, 2025 and the deadline for CJ Tropical to respond to the Complaint was November 12, 2025. To date, the Defendants have not appeared or responded to the Complaint. Plaintiff, however, has taken no action to prosecute this case against Defendants. Accordingly, if Plaintiff intends to seek a default judgment against Defendants, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 11, 2025. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   November 20, 2025
        New York, New York

                                              VERNON S. BRODERICK
                                              United States District Judge