USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___01/02/2026

# Law Offices of Colin Mulholland
Employment and Civil Litigation

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

January 1, 2026

Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl St
New York, NY 10007

**APPLICATION  GRANTED:**  The Initial Conference set for 1/5/2026 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Tuesday, March 3, 2026 at 11:00 a.m.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**Re: Hernandez v. CJ Tropical Corp. et al.»., 25-cv-08348**          **01/02/2026**

Your Honor,

The parties thank the Court for its courtesy reminder of the January 5th, 2026 initial conference.

The parties would jointly request that the conference be adjourned at the Court's convenience because Defense counsel Timothy Fierst, Esq. is still on vacation for the New Years Holiday and the parties are scheduling a mediation in February with Cyrus Drugger, Esq. with the Court annexed mediation program.

If the Court would so consider such an adjournment, the parties would respectfully request a date in March after having the opportunity to mediate this matter. The parties anticipate exchanging any necessary time and pay records well in advance of any mediation date.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.