# Law Offices of Colin Mulholland
Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   03/02/2026
```

March 2, 2026

Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl St
New York, NY 10007

**Re: Hernandez v. CJ Tropical Corp. et al.»., 25-cv-08348**

Your Honor,

The parties would respectfully ask for an adjournment of tomorrow's conference if it is convenient to the Court.

The parties are simultaneously submitting their proposed case management plan in the event the Court does not adjourn the conference.

Plaintiff had asked to adjourn the last scheduled mediation session due to a calendar conflict. We have confirmed March 31, 2026 as the nearest mutually convenient date for all of us to mediate. If the Court would so permit, perhaps a date in April or early May would be in the interest of judicial efficiency.

Counsel both apologize for this last minute application and are prepared to appear tomorrow if the Court deems it appropriate.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

**APPLICATION GRANTED**: The Initial Conference set for Tuesday, March 3, 2026 at 11:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Tuesday, April 21, 2026 at 12:30 p.m.**
**NY 10007**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

03/02/2026