# Law Offices of Colin Mulholland
### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:    04/17/2026

April 16 2026

Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl St
New York, NY 10007

**Re: Hernandez v. CJ Tropical Corp. et al.»., 25-cv-08348**

Your Honor,

The parties would respectfully ask for an adjournment of next week's conference if the Court permits.

Defendants asked to adjourn our prior March 31, 2026 mediation conference and the next available date to mediate for all parties is May 20, 2026, which we have confirmed with our mediator.

The parties would jointly request that the Court permit this final adjournment of the initial conference and to continue to hold discovery in abeyance.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

**APPLICATION GRANTED:** The Initial Conference set for Tuesday, April 21, 2026 at 12:30 p.m. NY 10007 in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, July 1, 2026 at 10:00 a.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**04/17/2026**