USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MARLON NERY HERNANDEZ,

Plaintiff,

-against-

CJ TROPICAL CORP. et al.,

Defendants.

-----------------------------------------------------------------X

**25-CV-8348 (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Parties are reminded that the deadline to submit the settlement terms to the Court for approval, as set by the Court's June 25, 2026 Order, has now passed. The Court *sua sponte* extends the deadline for the Parties to submit the terms of the settlement for approval by this Court, pursuant to the Court's June 25, 2026 Order, to **August 3, 2026.**

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge