# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

August 3, 2026

The Parties request is granted; the settlement agreement is due by **August 11, 2026**.

**Re: Hernandez v. CJ Tropical Corp. et al.»., 25-cv-08348**

Your Honor,

The parties apologize for missing the prior deadline. We have a final agreement out for execution. There was a minor typo in the signatures lines that needed to be corrected, and we are resending the settlement agreement to our clients for execution.

If the Court would so permit, the parties would jointly request just another week to obtain all six signatures.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

8/4/2026